SEABOARD AIR LINE RAILWAY COMPANY, A CORPORATION, *Plaintiff in Error*, v. S. STEPHENS, *Defendant in Error*.

Division B.

Decision Filed November 25, 1927.

*Knight, Thompson & Turner*, for Plaintiff in Error;

*McCollum & Howell*, Bushnell, Fla., for Defendant in Error.

PER CURIAM.—In this case the controlling question is whether or not the verdict was supported by the evidence. It appears there is substantial legal evidence to support the verdict and the record discloses no material error.

The judgment should be affirmed on authority of the opinion in the case of Tampa & Jacksonville Railway Company v. Crawford et al., 67 Fla. 77, 64 Sou. 437, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.